Henry J. and Charles Aaron, for appellant; Franklin Raber, of counsel. Brown, Brown & Brown, for appellee.
Mr. Justice Dever delivered the opinion of the court.

---

Angelo Vintaloro, appellant, v. Tom Pappas et al., appellees. Gen. No. 26,363.
Action for forcible detainer. Judgment for defendants on a directed verdict. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed May 16, 1921.
Ernest C. Reniff and Daniel Webster, for appellant. Max C. Liss and Meyer M. Willner, for appellees; Max C. Liss, of counsel.
Mr. Justice Dever delivered the opinion of the court.

---

Ben Stapansky and Philip Quinn, appellees, v. Peter P. Stafford and Walter W. Stafford, appellants. Gen. No. 26,393.
Action for forcible detainer. Judgment for plaintiff on an instructed verdict. Appeal from the Municipal Court of Chicago; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed May 16, 1921.
Frank M. Padden and Max C. Liss, for appellants; Max C. Liss, of counsel. Alex M. Golman, for appellees; Charles T. Kramer, of counsel.
Mr. Justice Dever delivered the opinion of the court.

---

Anna B. Montgomery, appellee, v. R. C. Woods, appellant. Gen. No. 26,414.
Suit for forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in this court at the October term, 1920. Reversed with finding of fact and judgment here. Opinion filed May 16, 1921. Rehearing denied May 31, 1921.
Fischel & Kahn, for appellant. O. W. Jurgens, for appellee.
Mr. Justice Dever delivered the opinion of the court.

---

A. P. Callahan & Company, appellee, v. T. H. Flood & Company and L. J. Flood, appellants. Gen. No. 26,430.
Action upon a promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the October term, 1920. Affirmed with statutory damages. Opinion filed May 16, 1921. Rehearing denied May 31, 1921. Certiorari denied by Supreme Court (making opinion final).
Timothy J. Fell, for appellants. Clithero & Swett, for appellee, Frank W. Swett, of counsel.
Mr. Justice Dever delivered the opinion of the court.